**Electronically Filed**
**Supreme Court**
**SCWC-11-0000034**
**01-AUG-2012**
**12:24 PM**

NO. SCWC-11-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DONALD B. MARKS, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000034; S.P.P. NO. 09-1-0080 (CR. NO. 02-1-2410))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Border, assigned by reason of vacancy)

The Application for Writ of Certiorari filed on June

22, 2012 by Petitioner/Petitioner-Appellant Donald B. Marks is

hereby rejected.

DATED:  Honolulu, Hawai'i, August 1, 2012.

Donald B. Marks,                    /s/ Mark E. Recktenwald
pro se
                                    /s/ Paula A. Nakayama
Donn Fudo,
for respondent                      /s/ Simeon R. Acoba, Jr.

                                    /s/ Sabrina S. McKenna

                                    /s/ Patrick W. Border

